UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LGI HOMES - WASHINGTON, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR BLUE INSURANCE COMPANY, a foreign insurance company; UNITED SPECIALTY INSURANCE COMPANY, a foreign insurance company; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a foreign insurance company; and PELEUS INSURANCE COMPANY, a foreign insurance company,<br><br>Defendants. | No. 2:25-cv-01559<br><br>**DEFENDANTS UNITED SPECIALTY INSURANCE COMPANY, CLEAR BLUE SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY AND PELEUS INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§1332, 1441 AND 1446**<br><br>**(REMOVED FROM KING COUNTY SUPERIOR COURT CAUSE NO. 25-2-14948-0 KNT)** |

TO:         Clerk, U.S. District Court, Western District of Washington;

AND TO:    Todd C. Hayes, Plaintiff's Counsel of Record

    Defendants United Specialty Insurance Company, Clear Blue Specialty Insurance Company[1], Endurance American Specialty Insurance Company and Peleus Insurance Company

---

[1] Plaintiff wrongfully asserts claims against "Clear Blue Insurance Company." Clear Blue Specialty Insurance Company issued the insurance policy under which Plaintiff seeks insurance coverage. In jointly filing this removal with the other defendants, Clear Blue Specialty Insurance Company reserves all rights and defenses available to it, including but not limited to the right to argue that Plaintiff fails to assert claims against the proper party and failed to effectuate proper service of process of the lawsuit.

Defendants' Notice of Removal Pursuant to 28 U.S.C. §§1332, 1441 and 1446 – 1
Case No.: 2:25-cv-01559

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4938-4218-4799, v. 1

("Defendants") hereby remove to this Court the state court action described below on the grounds stated herein, and as supported by the Declaration of Ryan J. Hesselgesser ("Hesselgesser Decl.") and the exhibits attached thereto.

## I. INTRODUCTION AND STATEMENT OF FACTS

This is an insurance coverage dispute involving coverage for an underlying arbitration titled *Comstock v. LGI Homes*, more commonly referred to as ("Suntop Homes II"). Suntop Homes II concerns allegations of certain construction defects and unfair trade practices in and related to the construction of a residential development community called Suntop Homes. Plaintiff in this action is alleging that each of the Defendants (insurers) wrongfully denied or failed to respond to a tender of defense made by Plaintiff and that Plaintiff is an additional insured under policies issued by Defendants to various subcontractors that performed work on the Suntop Homes project. Plaintiff claims that Defendants are estopped from denying coverage to Plaintiff for the Suntop Homes II arbitration.

The Underlying Plaintiffs in the Suntop Homes II arbitration have sought damages in excess of $9,000,000. Exhibit C at p. 13 to Decl. of Hesselgesser. The amount in controversy is satisfied and all Defendants are non-Washington citizens. Upon information and belief, all members of Plaintiff LGI Homes – Washington, LLC are Washington citizens.

## II. BASIS FOR REMOVAL

This Court has subject matter jurisdiction over this civil action pursuant to 28 U.S.C. §1332(a)(1), and this action is one that can be removed to this Court by Defendants pursuant to 28 U.S.C. §1441(a) in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

Defendants' Notice of Removal Pursuant to 28 U.S.C. §§1332, 1441 and 1446 – 2
Case No.:  2:25-cv-01559

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4938-4218-4799, v. 1

A. **There is Complete Diversity of Citizenship under 28 U.S.C. §1332**

Plaintiff alleges in its First Amended Complaint that it was formed under the laws of Washington. Hesselgesser Decl., Ex. A at ¶1. Upon information and belief all members of Plaintiff are citizens of Washington. Defendant United Specialty Insurance Company is a foreign insurer and a citizen of Texas. Defendant Clear Blue Specialty Insurance Company is and was at all times relevant herein, a Texas-domiciled insurance company organized under the laws of the State of Texas, with its principal place of business in Dallas, Texas. Defendant Peleus Insurance Company is a foreign insurer: Formerly, Peleus Insurance Company was incorporated in the State of Virginia with its principal place of business in the State of Illinois, but effective July 1, 2025, Peleus Insurance Company was merged into Colony Insurance Company, which is incorporated in the State of Nebraska with its principal place of business in the State of Illinois. Defendant Endurance American Specialty Insurance Company is a foreign insurer incorporated in Delaware with its principal place of business in New York. All Defendants, through counsel, hereby consent to remove this matter to this Court. There is complete diversity between the Parties to this action.

B. **The Amount in Controversy Exceeds the Jurisdictional Minimum**

The Underlying Plaintiffs claim not less than $9,000,000 in damages from Plaintiff LGI in the Suntop Homes II arbitration. In the present action, Plaintiff claims that the Defendants are estopped into coverage for the underlying claims asserted by the Suntop homeowners. In addition, Plaintiff claims contractual defense fees, treble damages under both the Washington Insurance Fair Conduct Act and Consumer Protection Act, and attorney's fees. Hesselgesser Decl., Ex. A at Prayer for Relief. Accordingly, the amount in controversy in this action exceeds $75,000.

C. **This Notice of Removal is Timely Under 28 U.S.C. §1446(b)**

This Notice of Removal is timely because Defendants are filing this removal within 30

Defendants' Notice of Removal Pursuant to 28 U.S.C. §§1332, 1441 and 1446 – 3
Case No.: 2:25-cv-01559

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4938-4218-4799, v. 1

days of receipt of Plaintiff's First Amended Complaint through service. Hesselgesser Decl., Ex. B. *Anderson v. State Farm*, 917 F.3d 1126 (9th Cir. 2019) (30 days runs from actual receipt through service by insurer not date served on insurance commissioner). Here, the office of insurance commissioner received the First Amended Complaint on July 18, 2025, through service. Hesselgesser Decl., Ex. B. Therefore, the 30-day period has not yet lapsed, and this notice is timely filed.

### D. This Notice of Removal Complies with the Applicable Local Rules and Venue is Proper in the Western District of Washington under 28 U.S.C. §128(b)

This Notice of Removal complies with all applicable Federal Rules of Civil Procedure and Local Rules. Defendants have attached to the Declaration of Ryan J. Hesselgesser, filed in support of this Notice, copies of the exhibits referenced in this Notice. Venue is proper in this District pursuant to 28 U.S.C. §§128(b) and 1391, because this District encompasses King County, the county listed in the state court First Amended Complaint served on Defendants. *See* Hesselgesser Decl., Ex. A.

Defendants are serving Plaintiff with copies of this Notice of Removal and the supporting Declaration of Ryan J. Hesselgesser (with exhibits).

### E. Consent to Remove

All Defendants who have been served in this action hereby join in this notice and consent to remove through counsel of record.

### III. CONCLUSION

Plaintiff's civil action, originally venued in King County Superior Court for the State of Washington, may be removed pursuant to 28 U.S.C. §§1332, 1441 and 1446, to the United States District Court for the Western District of Washington.

Defendants' Notice of Removal Pursuant to 28 U.S.C. §§1332, 1441 and 1446 – 4
Case No.: 2:25-cv-01559

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4938-4218-4799, v. 1

Dated this 15th day of August, 2025.

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
Forsberg & Umlauf, P.S.
401 Union St., Suite 1400
Seattle, WA 98101
Phone: (206) 689-8500
rhesselgesser@foum.law
*Attorneys for Defendant United Specialty Insurance Company*

*s/ Peter Berg*
Peter Berg, WSBA #46757
Cozen O'Connor
999 Third Ave., Suite 1900
Seattle, WA 98104
Phone: (206) 340-1000
pberg@cozen.com
*Attorneys for Defendant Clear Blue Specialty Insurance Company*

*s/ James Murphy*
James Murphy, WSBA #18125
Murphy Armstrong Firm, LLP
719 Second Ave. Suite 701
Seattle, WA 98104
Phone: (206) 985-9779
jpm@maflegal.com
*Attorneys for Defendant Endurance American Specialty Insurance Company*

*s/ George D. Yaron*
George D. Yaron, WSBA #57272
Yaron & Douglas
3685 Mount Diablo Blvd., Suite 345
Lafayette, CA 94549
Phone: (415) 658-2929
gyaron@yaronlaw.com
*Attorneys for Defendant Peleus Insurance Company (Colony Insurance Company as successor via merger to Peleus Insurance Company)*

Defendants' Notice of Removal Pursuant to 28 U.S.C. §§1332, 1441 and 1446 – 5
Case No.: 2:25-cv-01559

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4938-4218-4799, v. 1

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **DEFENDANTS UNITED SPECIALTY INSURANCE COMPANY, CLEAR BLUE SPECIALTY INSURANCE COMPANY, ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, AND PELEUS INSURANCE COMPANY'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§1332, 1441 AND 1446** on the following individual in the manner indicated:

Mr. Todd C. Hayes
Harper | Hayes, PLLC
1200 Fifth Ave., Suite 1208
Seattle, WA 98101

*Attorneys for Plaintiff*

(X) Via ECF

**SIGNED** this 15th day of August, 2025, at Seattle, Washington.

        *s/ Carol M. Simpson*
        Carol M. Simpson

Defendants' Notice of Removal Pursuant to 28 U.S.C. §§1332, 1441 and 1446 – 6
Case No.: 2:25-cv-01559

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4938-4218-4799, v. 1