THE HONORABLE MATTHEW LAPIN

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| LGI HOMES - WASHINGTON, LLC, a Washington limited liability company,<br><br>           Plaintiff,<br><br>    v.<br><br>CLEAR BLUE INSURANCE COMPANY, a foreign insurance company; UNITED SPECIALTY INSURANCE COMPANY, a foreign insurance company; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, a foreign insurance company; PELEUS INSURANCE COMPANY, a foreign insurance company,<br><br>           Defendants. | No. 25-2-14948-0 KNT<br><br>FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES |

## I.    PARTIES

1. Plaintiff LGI Homes – Washington, LLC is a limited liability company formed under the laws of Washington.

2. Upon information and belief, Defendant Clear Blue Insurance Company is a foreign insurance company.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 1

Case No. 25-2-14948-0-KNT

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

3. Upon information and belief, Defendant United Specialty Insurance Company ("USIC") is a foreign insurance company.

4. Upon information and belief, Defendant Endurance American Specialty Insurance Company ("Endurance") is a foreign insurance company.

5. Upon information and belief, Defendant Peleus Insurance Company ("Peleus") is a foreign insurance company.

## II.     JURISDICTION & VENUE

6. This Court has jurisdiction over the subject matter of, and the parties to, this lawsuit.

7. Venue is proper in King County because Defendants transact business in King County.

## III.     FACTS

8. LGI was the builder of certain homes in the Suntop Homes development in Enumclaw, Washington ("the Project").

9. LGI subcontracted certain work on the Project to Klim Roofing and Construction, Inc. ("Klim"), R & C Roofing Inc. d/b/a Chinook Roofing ("Chinook"), and Laer Enterprises, Inc ("Laer").

10. LGI entered into written agreements with Klim, Chinook, and Laer under which Klim, Chinook, and Laer agreed to have LGI named as an additional insured under their respective liability insurance policies.

11. Klim is a named insured under insurance policies issued by Defendant Clear Blue with annual policy periods from August 7, 2019 to August 7, 2022 and policy numbers AR01-RS-2000707-00, AR01-RS-2000707-01, and AR01-RS-2000707-02.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 2

Case No. 25-2-14948-0-KNT

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

12. Chinook is a named insured under insurance policies issued by Defendant USIC with annual policy periods from July 28, 2020 to July 28, 2024 and policy numbers ATN2016603, ATN2128342, ATN2232261, and ATN2346644.

13. Chinook is a named insured under insurance policies issued by Defendant Peleus with annual policy periods from July 28, 2018 to July 28, 2020 and policy numbers 103GL0024507-00 and 103GL0024507-01.

14. Laer is a named insured under insurance policies issued by Defendant Endurance with annual policy periods from March 13, 2018 to March 13, 2020 and policy numbers CBF10000222900 and CBF10000222901.

15. In July 2024, a lawyer for certain homeowners at the Suntop Farms development ("the Comstock Homeowners") sent a letter to LGI regarding alleged property damage to the Comstock Homeowners' homes in the Project, which alleged property damage potentially arose out of the work of Klim, Chinook, and Laer.

16. The lawyer for the Comstock Homeowners later filed a demand for arbitration against LGI with the American Arbitration Association regarding the same claims at issue in the July 2024 letter ("the Underlying Comstock Lawsuit").

17. On December 10, 2024, LGI tendered defense of the Underlying Comstock Lawsuit to Defendants as an additional insured under Defendants' respective insurance policies issued to Klim, Chinook, and Laer.

18. LGI's December 10, 2024 tender letter to Endurance was addressed to the "4 Manhatanville Road, Purchase, NY 10577" address that Endurance had placed on file as its address with the National Association of Insurance Commissioners, as reflected on the website https://content.naic.org/cis_consumer_information.htm.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 3

Case No. 25-2-14948-0-KNT

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

19. Each Defendant actually received the respective December 10, 2024 tender letter that was addressed to it, as reflected in **EXHIBIT A**.

20. On December 11, 2024, Clear Blue accepted LGI's tender of defense and attempted to appoint a lawyer to defend LGI who was already representing Chinook, the subcontractor who LGI had third-party claims against in the Underlying Comstock Lawsuit.

21. On February 20, 2025, LGI wrote to Clear Blue and rejected Clear Blue's attempt to appoint Chinook's lawyer to represent LGI and requested that Clear Blue agree to appoint the law firm that was already defending LGI in the Underlying Comstock Lawsuit.

22. Clear Blue did not respond to LGI's February 20, 2025 request.

23. As of March 12, 2025, USIC had not acknowledged LGI's December 10, 2024 tender letter that was addressed to it.

24. As of March 12, 2025, Endurance had not acknowledged LGI's December 10, 2024 tender letter that was addressed to it.

25. As of March 12, 2025, an agent of Peleus (Gallagher Basset) had acknowledged LGI's December 10, 2024 tender letter, but had not substantively responded to the letter.

26. On March 13, 2025, LGI wrote to Clear Blue, USIC, Endurance, and Peleus and requested that each insurer pay for certain defense costs that LGI had incurred in the Underlying Comstock Lawsuit.

27. Each Defendant actually received the respective March 13, 2025 letter that was addressed to it, as reflected in **EXHIBIT B**.

28. Clear Blue has never paid any of LGI's defense costs in the Underlying Comstock Lawsuit, has never agreed to defend LGI other than through the lawyer representing

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 4

Case No. 25-2-14948-0-KNT

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

1  Chinook in the Underlying Comstock Lawsuit, and as of the date this lawsuit was commenced,
2  had not responded to LGI's March 13, 2025 letter.

3      29.    USIC has never paid any of LGI's defense costs in the Underlying Comstock
4  Lawsuit.

5      30.    Endurance has never paid any of LGI's defense costs in the Underlying
6  Comstock Lawsuit, has never agreed to defend LGI in the Underlying Comstock Lawsuit, and
7  as of the date this lawsuit was commenced, had not acknowledged or responded to LGI's
8  December 10, 2024 letter or LGI's March 13, 2025 letter.

9      31.    Peleus has never paid any of LGI's defense costs in the Underlying Comstock
10 Lawsuit and has never agreed to defend LGI in the Underlying Comstock Lawsuit.

11     32.    More than 20 days before filing this First Amended Complaint for Declaratory
12 Relief and Damages, LGI gave written notice to each Defendant and to the office of the
13 Washington insurance commissioner of the basis for a cause of action against each Defendant
14 under the Washington Insurance Fair Conduct Act, RCW 48.30.015 ("IFCA").

15     33.    More than 20 days have elapsed since each Defendant and the Washington
16 insurance commissioner received LGI's respective IFCA notice letters.

17     34.    No Defendant has resolved the basis for LGI's action under IFCA.

### IV.    CAUSES OF ACTION

19     35.    An actual controversy exists between LGI and Defendants concerning the
20 parties' rights and obligations under Defendants' insurance policies.

21     36.    LGI is entitled to a declaration regarding those rights and obligations,
22 including:

FIRST AMENDED COMPLAINT FOR DECLARATORY
RELIEF AND DAMAGES - 5

Case No. 25-2-14948-0-KNT

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

- Defendants breached their insurance policies by failing to defend LGI from the Underlying Comstock Lawsuit;

- Defendants failed to conduct a reasonable investigation into LGI's request for insurance benefits, as required by <u>Coventry Assocs. v. Am. States Ins. Co.</u>, 136 Wn.2d 269, 961 P.2d 933 (1998), WAC 284-30-330(4), WAC 284-30-370, and other applicable law;

- Defendants unreasonably breached duties to LGI, including the duty to defend LGI from the Underlying Comstock Lawsuit and the duty to conduct a reasonable investigation into the claims against LGI, estopping Defendants from denying coverage for any of LGI's liability in the Underlying Comstock Lawsuit, regardless of the policy limits of Defendants' insurance policies; and

- Defendants' breaches of their insurance policies relieve LGI of any duty to comply with the conditions of those policies.

37. Defendants owed contractual duties to LGI under their insurance policies, including a duty to conduct a reasonable investigation and a duty to defend LGI from the Underlying Comstock Lawsuit.

38. Defendants breached their contractual duties under their insurance policies, proximately causing harm to LGI in an amount to be proven at trial.

39. Defendants owed LGI a duty to act reasonably and in good faith, which duty Defendants breached, proximately causing harm to LGI in an amount to be proven at trial and estopping Defendants from denying coverage for LGI's liability in the Underlying Comstock Lawsuit.

40. According to RCW 48.01.030, the business of insurance is one affected by the public interest.

41. Defendants have violated the Washington Administrative Code, including WAC 284-30-330(4) and WAC 284-30-370, by failing to properly investigate or respond to LGI's claim under Defendants' insurance policies.

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 6

Case No. 25-2-14948-0-KNT

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

42. Defendants' violations of the Washington Administrative Code constitute unfair or deceptive acts or practices occurring in trade or commerce, in violation of Washington's Consumer Protection Act, RCW Chapter 19.86.

43. Defendants' violations of the Consumer Protection Act have proximately caused harm to LGI's business or property in an amount to be proven at trial.

44. Defendants have unreasonably denied LGI's claim for coverage and payment of benefits, proximately causing harm to LGI in an amount to proven at trial.

## V.     RELIEF REQUESTED

1. A declaration as to the rights and obligations of the parties;

2. An award of money damages in an amount to be proven at trial;

3. An award of treble damages as allowed by RCW 19.86.090;

4. An award of enhanced damages as allowed by RCW 48.30.015(2).

5. An award of attorney's fees and costs of litigation; and

6. Such other and further relief as this Court deems just and proper.

DATED this 11th day of July, 2025.

HARPER | HAYES PLLC

By: /s/ *Todd C. Hayes*
Todd C. Hayes, WSBA No. 26361
1200 Fifth Avenue, Suite 1208
Seattle, WA  98101
(206) 340-8010
todd@harperhayes.com
Attorneys for Plaintiff

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 7

Case No. 25-2-14948-0-KNT

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

# CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury under the laws of the State of Washington that on the below date I served this document on the following parties and counsel of record in the manner indicated:

**Attorneys for Defendants Clear Blue Insurance Company and United Specialty Insurance Company**

Ryan Hesselgesser
Forsberg & Umlauf, P.S.
401 Union Street, Suite 1400
Seattle, WA  98101

☒  Via King County E-Service (LGR 30)
☐  Via U.S. Mail
☐  Via Messenger
☐  Via email: rhesselgesser@foum.law

DATED *July 11, 2025* in Seattle, Washington.

*/s/ Nicole Johnsen*
Nicole Johnsen

FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF AND DAMAGES - 8

Case No. 25-2-14948-0-KNT

H<small>ARPER</small> | H<small>AYES</small> PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

# EXHIBIT A

# Harper | Hayes PLLC

1200 FIFTH AVENUE
SUITE 1208
SEATTLE, WASHINGTON 98101

TODD C. HAYES, ESQ.
todd@harperhayes.com

December 10, 2024

**VIA U.S. CERTIFIED MAIL**[1]
**RETURN RECEIPT REQUESTED**

Attn: Claims Department
Clear Blue Insurance Company
B7 Tabonuco St
Suite 912
Guaynabo, PR  00968

      RE:    Named Insured:    **Klim Roofing and Construction, Inc.**
             Policy No.:          **AR01-RS-1900707**

To Whom it May Concern:

      We are insurance coverage counsel for the LGI entities identified in the "Notice of Construction Defect" attached to this letter as **Exhibit A**.  LGI recently received a Demand for Arbitration regarding these same alleged defects, which appear to arise out of the work of your Named Insured.  *See* **Exhibit B**.  We believe that under the terms of the agreement attached as **Exhibit C**, one or more of the LGI entities listed in **Exhibits A** and **B** are additional insureds under the above-referenced policy issued to your named insured.  We hereby tender defense and indemnity on behalf of the LGI entities and request all benefits available under all applicable policies.

      Attorney Hans Juhl of Ryan Swanson & Cleveland is already defending the LGI entities.  We request that your company contact Mr. Juhl directly to arrange to participate in the LGI entities' defense and to share in the payment of their defense costs.

                                   Very truly yours,

                                     HARPER | HAYES PLLC

                                   Todd C. Hayes

Enclosures

---

[1]    USPS Tracking No. 9589 0710 5270 2308 5110 25

TEL: 206.340.8793                                              www.harperhayes.com

# HARPER | HAYES PLLC

1200 FIFTH AVENUE
SUITE 1208
SEATTLE, WASHINGTON 98101

TODD C. HAYES, ESQ.
todd@harperhayes.com

December 10, 2024

**VIA U.S. CERTIFIED MAIL**[1]
**RETURN RECEIPT REQUESTED**

Attn: Claims Department
United Specialty Insurance Company
1900 L. Don Dodson Dr.
Bedford, TX 76021

  **RE:** **Named Insured:** **Chinook Roofing, Inc.**
    **Policy Nos.:** **ATN2016603; ATN2128342; ATN2232261; ATN234644**

To Whom it May Concern:

  We are insurance coverage counsel for the LGI entities identified in the "Notice of Construction Defect" attached to this letter as **EXHIBIT A**. LGI recently received a Demand for Arbitration regarding these same alleged defects, which appear to arise out of the work of your Named Insured. *See* **EXHIBIT B**. We believe that under the terms of the agreement attached as **EXHIBIT C**, one or more of the LGI entities listed in **EXHIBITS A** and **B** are additional insureds under the above-referenced policies issued to your named insured. We hereby tender defense and indemnity on behalf of the LGI entities and request all benefits available under all applicable policies.

  Attorney Hans Juhl of Ryan Swanson & Cleveland is already defending the LGI entities. We request that your company contact Mr. Juhl directly to arrange to participate in the LGI entities' defense and to share in the payment of their defense costs.

        Very truly yours,

        HARPER | HAYES PLLC

        Todd C. Hayes

Enclosures

---

[1] USPS Tracking No. 9589 0710 5270 2308 5109 81

TEL: 206.340.8793                     www.harperhayes.com

# HARPER | HAYES PLLC

1200 FIFTH AVENUE
SUITE 1208
SEATTLE, WASHINGTON 98101

TODD C. HAYES, ESQ.
todd@harperhayes.com

December 10, 2024

**VIA U.S. CERTIFIED MAIL**[1]
**RETURN RECEIPT REQUESTED**

Attn: Claims Department
Peleus Insurance Company
711 Broadway, Suite 400
San Antonio, TX 78215

    RE:    Named Insured:    **Chinook Roofing, Inc.**
            Policy Nos.:          103GL0024507-01

To Whom it May Concern:

    We are insurance coverage counsel for the LGI entities identified in the "Notice of Construction Defect" attached to this letter as **EXHIBIT A**. LGI recently received a Demand for Arbitration regarding these same alleged defects, which appear to arise out of the work of your Named Insured. *See* **EXHIBIT B**. We believe that under the terms of the agreement attached as **EXHIBIT C**, one or more of the LGI entities listed in **EXHIBITS A** and **B** are additional insureds under the above-referenced policies issued to your named insured. We hereby tender defense and indemnity on behalf of the LGI entities and request all benefits available under all applicable policies.

    Attorney Hans Juhl of Ryan Swanson & Cleveland is already defending the LGI entities. We request that your company contact Mr. Juhl directly to arrange to participate in the LGI entities' defense and to share in the payment of their defense costs.

                              Very truly yours,

                              HARPER | HAYES PLLC

                              Todd C. Hayes

Enclosures

---

[1] USPS Tracking No. 9589 0710 5270 2308 5109 98

TEL: 206.340.8793                                                                www.harperhayes.com

# Harper | Hayes PLLC

1200 FIFTH AVENUE
SUITE 1208
SEATTLE, WASHINGTON 98101

TODD C. HAYES, ESQ.
todd@harperhayes.com

December 10, 2024

**VIA U.S. CERTIFIED MAIL**[1]
**RETURN RECEIPT REQUESTED**

Attn: Claims Department
Endurance American Specialty Insurance Company
4 Manhattanville Road
Purchase, NY  10577

      **RE:**    **Named Insured:**    **Laer Enterprises, Inc.**
             **Policy No.:**        **CBF10000222900**

To Whom it May Concern:

      We are insurance coverage counsel for the LGI entities identified in the "Notice of Construction Defect" attached to this letter as **Exhibit A**.  LGI recently received a Demand for Arbitration regarding these same alleged defects, which appear to arise out of the work of your Named Insured.  *See* **Exhibit B**.  We believe that under the terms of the agreement attached as **Exhibit C**, one or more of the LGI entities listed in **Exhibits A** and **B** are additional insureds under the above-referenced policy issued to your named insured.  We hereby tender defense and indemnity on behalf of the LGI entities and request all benefits available under all applicable policies.

      Attorney Hans Juhl of Ryan Swanson & Cleveland is already defending the LGI entities.  We request that your company contact Mr. Juhl directly to arrange to participate in the LGI entities' defense and to share in the payment of their defense costs.

                             Very truly yours,

                               HARPER | HAYES PLLC

                               Todd C. Hayes

Enclosures

---

[1]    USPS Tracking No. 9589 0710 5270 2308 5110 56

TEL: 206.340.8793                                                   www.harperhayes.com

# EXHIBIT B

# HARPER | HAYES PLLC
## CERTIFIED MAIL RECEIPTS

⇩ CERTIFIED MAIL PROOF OF MAILING GOES HERE ⇩



⇩ ATTACH RETURN RECEIPT HERE ⇩

Postage Amount: $10.99
Client/Matter No. ToLGI/6176.0001 (Klim)      Posted by Accounting _____
                                                                  Date Posted

This form is to be attached to the back of the certified letter that was mailed.

# HARPER | HAYES PLLC
## CERTIFIED MAIL RECEIPTS

⇩ CERTIFIED MAIL PROOF OF MAILING GOES HERE ⇩

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $4.85
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage: $2.04
Total Postage and Fees: $10.99

Postmark: SEAFIRST FIN STATION, SEATTLE WA 98154 USPS, MAR 13 2025

Sent To: Attn: Claims Department
Street: United Specialty Insurance Company
City, St: 1900 L. Don Dodson Dr.
Bedford, TX 76021

Article Number: 9589 0710 5270 2308 5150 23

PS Form 3800, January 2023

⇩ ATTACH RETURN RECEIPT HERE ⇩

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attn: Claims Department
   United Specialty Insurance Company
   1900 L. Don Dodson Dr.
   Bedford, TX 76021

2. Article Number (Transfer from service label)
   9589 0710 5270 2308 5150 23

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Thomas Brooks
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): THOMAS BROOKS
C. Date of Delivery:

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

Postage Amount: $10.99
Client/Matter No.: LGI/01760.0001 (Chinook)     Posted by Accounting _____  Date Posted

This form is to be attached to the <u>back</u> of the certified letter that was mailed.

# HARPER | HAYES PLLC
## CERTIFIED MAIL RECEIPTS

⇩ CERTIFIED MAIL PROOF OF MAILING GOES HERE ⇩

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

9589 0710 5270 2308 5150 30

Certified Mail Fee: $4.85
Extra Services & Fees:
☒ Return Receipt (hardcopy) $4.10
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark: SEATTLE WA 98154 USPS SEAFIRST FIN STATION MAR 13 2025

Postage: $2.04
Total Postage and Fees: $6.99

Sent To: Attn: Claims Department
Peleus Insurance Company
711 Broadway, Suite 400
San Antonio, TX 78215

PS Form 3800, January 2023

⇩ ATTACH RETURN RECEIPT HERE ⇩

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Attn: Claims Department
Peleus Insurance Company
711 Broadway, Suite 400
San Antonio, TX 78215

2. Article Number: 9589 0710 5270 2308 5150 30

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: [signed]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Manel Palacios
C. Date of Delivery: 3/17/25
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type:
☒ Certified Mail®
☒ Signature Confirmation™

PS Form 3811, July 2020 — Domestic Return Receipt

Postage Amount: $10.99
Client/Matter No.: LGI/6176.0001 (Chinook)
Posted by Accounting _____
Date Posted _____

This form is to be attached to the *back* of the certified letter that was mailed.

# HARPER | HAYES PLLC
## CERTIFIED MAIL RECEIPTS

⇩ CERTIFIED MAIL PROOF OF MAILING GOES HERE ⇩

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Article Number: 9589 0710 5270 2308 5112 92

Certified Mail Fee: $4.85
Extra Services & Fees:
☒ Return Receipt (hardcopy) $4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here — SEATTLE WA 98154 USPS — MAR 13 2025

Postage: $2.04
Total Postage and Fees: $10.99

Sent To: Attn: Claims Department
Endurance American Specialty Ins. Co.
Street and 4 Manhattan Road
City, State: Purchase, NY 10577

⇩ ATTACH RETURN RECEIPT HERE ⇩

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- ...ack of the mailpiece, ...permits.

1. Article Addressed to:
Attn: Claims Department
Endurance American Specialty Insurance Company
4 Manhattanville Road
Purchase, NY 10577

2. Article Number (Transfer from service label)
9589 0710 5270 2308 5112 92

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Sompo International
MAR 17 2025

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Postage Amount: $10.99
Client/Matter No. LGI/6176.0001 (Laev)
Posted by Accounting _____
Date Posted

This form is to be attached to the <u>back</u> of the certified letter that was mailed.