THE HONORABLE JAMAL N WHITEHEAD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### IN SEATTLE

LGI HOMES - WASHINGTON, LLC, a
Washington limited liability company,

                    Plaintiff,

        v.

CLEAR BLUE INSURANCE
COMPANY, a foreign insurance
company; UNITED SPECIALTY
INSURANCE COMPANY, a foreign
insurance company; ENDURANCE
AMERICAN SPECIALTY INSURANCE
COMPANY, a foreign insurance
company; PELEUS INSURANCE
COMPANY, a foreign insurance
company,

                    Defendants.

No. 2:25-cv-01559-JNW

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS

**[CLERK'S ACTION REQUIRED]**

**NOTE ON MOTION CALENDAR:
FEBRUARY 3, 2026**

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 1

**CASE NO. 2:25-cv-01559-JNW**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

# I.   STIPULATION

Plaintiff LGI Homes – Washington, LLC and Defendants Clear Blue Specialty Insurance Company[1], United Specialty Insurance Company, Endurance American Specialty Insurance Company, and Peleus Insurance Company, by and through their respective attorneys, stipulate and agree that all claims in this matter are dismissed with prejudice, with the parties bearing their own costs and attorneys' fees.

DATED this 3rd day of February 2026.

HARPER | HAYES PLLC


By: s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    1200 Fifth Avenue, Suite 1208
    Seattle, WA 98101
    (206) 340-8010
    todd@harperhayes.com
    Attorneys for Plaintiff LGI Homes – Washington, LLC


COZEN O'CONNOR


By: s/ *Peter Berg*
    Peter Berg, WSBA No. 46757
    999 Third Avenue, Suite 1900
    Seattle, WA 98104
    (206) 340-1000
    pberg@cozen.com
    Attorneys for Defendant Clear Blue Specialty Insurance Company

---

[1] Wrongfully named as "Clear Blue Insurance Company."

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 2

CASE NO. 2:25-cv-01559-JNW

FORSBERG & UMLAUF, P.S.


By: s/ *Ryan J. Hesselgesser*
    Ryan J. Hesselgesser, WSBA No. 40720
    401 Union Street, Suite 1400
    Seattle, WA  98101
    (206) 689-8500
    rhesselgesser@foum.law
    Attorneys for Defendant United Specialty Insurance Company


YARON & DOUGLAS


By: s/ *George D. Yaron*
    George D. Yaron, WSBA No. 57272
    3685 Mount Diablo Blvd., Suite 345
    Lafayette, California 94549
    (415) 658-2929
    gyaron@yaronlaw.com
    Attorneys for Defendant Peleus Insurance Company


MURPHY ARMSTRONG FIRM, LLP


By: s/ *James P. Murphy*
    James P. Murphy, WSBA No. 18125
    719 Second Avenue, Suite 701
    Seattle, WA  98104
    (415) 658-2929
    jpm@maflegal.com
    Attorneys for Defendant Endurance American
    Specialty Insurance Company

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 3

CASE NO. 2:25-cv-01559-JNW

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

## II.   ORDER

Based on the above Stipulation, the Court ORDERS that this matter be dismissed with prejudice and without any award of costs or attorneys' fees.

DATED this 4th day of February, 2026.

JAMAL N WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    Attorneys for Plaintiff LGI Homes – Washington, LLC

COZEN O'CONNOR

By: s/ *Peter Berg*
    Peter Berg, WSBA No. 46757
    Attorneys for Defendant Clear Blue Specialty Insurance Company

FORSBERG & UMLAUF, P.S.

By: s/ *Ryan J. Hesselgesser*
    Ryan J. Hesselgesser, WSBA No. 40720
    Attorneys for Defendant United Specialty Insurance Company

YARON & DOUGLAS

By: s/ *George D. Yaron*
    George Yaron, WSBA No. 57272
    Attorneys for Defendant Peleus Insurance Company

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 4

CASE NO. 2:25-cv-01559-JNW

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

MURPHY ARMSTRONG FIRM, LLP


By: s/ *James P. Murphy*
      James P. Murphy, WSBA No. 18125
      Attorneys for Defendant Endurance American
      Specialty Insurance Company

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS - 5

CASE NO. 2:25-cv-01559-JNW

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010